**FILED**
AUG 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE EFRAIN AGUILAR-VALENZUELA,<br><br>    Defendant. | Criminal Case No. 08cr2689-WQH<br><br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony);<br>Title 18, U.S.C., Sec. 1544 - Misuse of a Passport |

The United States Attorney charges:

Count 1

On or about 7/04 _____, within the Southern District of California, defendant JOSE EFRAIN AGUILAR-VALENZUELA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CJB:kmm:San Diego
8/13/08

## Count 2

On or about July 18, 2008, within the Southern District of California, defendant JOSE EFRAIN AGUILAR-VALENZUELA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

## Count 3

On or about July 18, 2008, within the Southern District of California, defendant JOSE EFRAIN AGUILAR-VALENZUELA, did willfully and knowingly use a United States passport, issued and designed for use of another in the following manner, to wit: defendant presented a United States passport to a federal officer, claiming to be Arturo Torres-Virgen, a United States citizen, knowing full well that he was not; in violation of Title 18, United States Code, Section 1544.

DATED:

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney