16

AO 455(Rev. 5/85) Waiver of Indictment

FILED

AUG 1 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN  DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

JOSE EFRAIN AGUILAR-VALENZUELA

**WAIVER OF INDICTMENT**

CASE NUMBER:  08 CR 2689  WQH

I, JOSE EFRAIN AGUILAR-VALENZUELA , the above named defendant, who is accused

committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 -
Illegal Entry (Felony);  Title 18, U.S.C., Sec. 1544 - Misuse of a Passport (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on   8-14-08              prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer